THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES McLAUGHLIN, True Name CHARLES ANTHONY McLAUGHLIN, Appellant.— Judgment of the County Court of Queens County, convicting defendant of the crime of robbery in the first degree, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK RICHARDSON, Appellant.— Judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Richmond, convicting defendant of the crime of bookmaking in contravention of section 986 of the Penal Law, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD SPELLMAN, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of a violation of section 100, subdivision 1, of the Alcoholic Beverage Control Law, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

KATE SCHMIDT and CHARLES SCHMIDT, Respondents, v. WILLIAM ENTENMANN, JR., Doing Business as ENTENMANN BAKERY, Appellant.— Action to recover damages for personal injuries suffered by the plaintiff Kate Schmidt, and companion action of her husband, Charles Schmidt, for expenses and loss of services. Judgment for the plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

LILLIAN SILVER, Appellant, v. SAMUEL I. BATEMAN and Others, Respondents, and Others, Defendants.— In an action for damages for the alleged tortious and unlawful acts of the respondents in cutting and removing growing trees from real property, and for treble damages under sections 533 and 534 of the Real Property Law, judgment was entered at the close of the plaintiff's case in favor of the respondents dismissing the plaintiff's complaint. The plaintiff appeals. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

TREELAND HOLDING CORP., Respondent, v. MALCE TYCHYNSKY, Appellant.— In an action for the reformation of a contract in writing for the sale of real estate and for specific performance of that contract as reformed, judgment in favor of the plaintiff awarding appropriate relief and dismissing defendant's counterclaim, entered upon a decision of the court after a trial of the issues by the court without a jury, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

MAURICE WALTER, Respondent, v. GERALDINE C. CLAUSS and EMILY SEIPEL, Appellants.— In an action by a broker to recover commissions for the leasing of real estate, judgment of the County Court, Westchester County, in favor of the plaintiff and against the defendants unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

(April 28, 1941.)

FRIEDOR HOLDING CORP., Respondent, v. OGER REALTY CO., INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.